UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
TRICHA WOLFE,

                                 Plaintiff,

    -against-

COLLINS BUILDING SERVICES, INC. and
FATMIR KELLEZI,

                                Defendants.
---------------------------------------------------------------- x

**ORDER**

21 Civ. 7313 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On October 22, 2021, I held a telephonic status conference in the above-captioned matter. Defendants shall answer, or otherwise make a motion in response to, the complaint by November 8, 2021. Plaintiff shall file any opposition by December 3, 2021 and Defendant shall file any reply by December 15, 2021.

        SO ORDERED.

Dated:     October 22, 2021             __/s/ Alvin K. Hellerstein_____
           New York, New York           ALVIN K. HELLERSTEIN
                                                          United States District Judge